## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

MAGISTRATE JUDGE:____David L. West____

Date:____11/2/10_____

Violation/Case Number: _F4295731/26_

Shirley W. Dills
_____
Secretarial Assistant

Tape No.:__FTR_____

**UNITED STATES OF AMERICA**

By: [ X ] _Todd Norvell_____, AUSA

V.

_Douglas L. Tooley_____

Atty:_____ [X] Pro Se

Other Participants: _____

( X ) **INITIAL APPEARANCE**    ( X ) **ARRAIGNMENT**    (  ) **SENTENCING**    (  ) **OTHER**

Court in Session: _9:01 AM_    Court in Recess: _9:15 AM_    Total Time in Court: _22 min_
_____10:03 AM_____10:11 AM

[ X ] Defendant advised of charges, penalties, and rights. [ X ] General Advisement.
[  ] Consent to Proceed before the Magistrate Judge form executed.
[  ] Financial Affidavit tendered.
[  ] **ORDERED:** Counsel shall be appointed from the: [  ] **CJA Panel** [  ] **FPD's Office.**
[  ] Defendant waives factual basis.   [  ] Factual basis on the record.
[ X ] Defendant tenders a plea of **NOT GUILTY.**
[  ] Defendant advised of speedy trial rights and dates:
    [  ] 30 day minimum:_____   [  ] 70 day maximum:_____   [  ] 90 day custody:_____
[  ] Information filed:_____   [  ] Plea Agreement tendered and accepted.
[  ] Stipulation for Entry of Deferral Prosecution for _____ mos. tendered and accepted.  Defendant
    shall appear at the Administrative Review Hearing on _____ @ _____.
[  ] **ORDERED:** _____ trial is set before _____ on _____ @_____.
[  ] **ORDERED:** Defendant tenders plea of **GUILTY** to _____.
[  ] **ORDERED:** Case referred to the U.S. Probation Department for preparation of PSI report.
[  ] **ORDERED:** Sentencing is set for _____ @ _____.
[  ] **ORDERED:** Defendant shall pay a fine of _____, due _____.
[  ] **ORDERED:** Defendant shall pay a special assessment fee of _____, due _____.
[  ] **ORDERED:** Defendant shall pay a CVB processing fee of _____, due _____.
[  ] **ORDERED:** Defendant shall serve a jail term of _____.
[  ] **ORDERED:** Defendant is placed on probation for a period of _____.
[  ] Defendant advised of his/her right to appeal the sentence imposed.
[  ] Defendant advised this conviction will be reported to the Department of Motor Vehicles.
[ X ] **ORDERED:** This case is set for _Trial to Court_____, on _2/23/11_ @ _8:30 AM_
[  ] ORDERED: _Def's mailing address: 766 Alpine Forest Drive, Bayfield,_
_Co 81122 & P.O. Box 688 Tacoma, WA 98401 (P.O. Box is where he will_
_be by 12/1/10)_

Hearing Concluded:

[ X ] **Petty Offense**    [  ] **Misdemeanor Minutes**