**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  10-PO-00152-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DOUGLAS L. TOOLEY,**

**Defendant.**

---

**MINUTE ORDER RE: DEFENDANT'S MOTIONS/LETTER TO CONTINUE TRIAL TO COURT**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

On February 15, 2011, the Defendant filed a Motion/Letter to Continue the trial to the Court set for February 23, 2011 and as the only grounds for the continuance states that he is indigent.

The Defendant previously gave the Court two mailing addresses one of which was a local Bayfield, Colorado address and the other in Tacoma, Washington stating that he lives between the two addresses and that he would be at the Tacoma address until December 1, 2010.

Because the Defendant's Motion/Letter states numerous issues the Defendant would like to present to the Court;

**IT IS HEREBY ORDERED** that this matter is continued to April 12, 2011 at 8:00 a.m. before the Magistrate Judge in Durango, Colorado for the purposes of a hearing of pretrial issues.

**IT IS FURTHER ORDERED** that the trial to the Court scheduled for February 23, 2011 at 8:30 a.m. is **VACATED** and **RESCHEDULED** to April 18, 2011 at 8:00 a.m. before the Magistrate Judge in Durango, Colorado.  No further continuances will be granted.

**DATED: February 16, 2011.**

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**