# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 10-PO-00152-DLW |
| DOUGLAS TOOLEY | PRO SE<br>(Defendant's Attorney) |

**THE DEFENDANT:** Was found GUILTY on Count I of the Information after a plea of not guilty.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551 & 36 C.F.R. 261.58(e) | Camping in a Closed Area | 06/12/10 & 06/13/10 | I |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **CVB** | **Fine** |
|---|---|---|---|
| **Total:** | $10.00 | None | $75.00 |

Defendant to pay the Fine and Special Assessment to the U. S. District Court at P. O. Box 2906, Durango, Colorado 81302 on or before July 1, 2011.

If the Defendant fails to pay in full by July 1, 2011 he must appear before the Magistrate Judge in Durango, Colorado on July 5, 2011 at 10:00 a.m.

April 18, 2011
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U. S. Magistrate Judge
Name and Title of Judicial Officer

April 18, 2011